1  LEON J. PAGE, COUNTY COUNSEL
   and ADAM C. CLANTON, DEPUTY [SBN 235128]
2  and KAYLA N. WATSON, DEPUTY [SBN 286423]
   333 West Santa Ana Boulevard, Suite 407
3  Post Office Box 1379
   Santa Ana, California   92702-1379
4  Telephone:   (714) 834-3300
   Facsimile:    (714) 834-2359
5  Email: adam.clanton@coco.ocgov.com

6  Attorneys for Defendant ORANGE COUNTY
7  SHERIFF'S DEPARTMENT

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ERNESTO TORRES, DESMOND TENGHE, JASON NSINANO, YAKUBU RAJI on behalf of themselves and all others similarly situated, AMERICAN IMMIGRATION LAWYERS ASSOCIATION, IMMIGRANT DEFENDERS LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN, Secretary of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; RONALD D. VITIELLO, Acting Director, Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office of ICE; ORANGE COUNTY SHERIFF'S DEPARTMENT; GEO GROUP, INC., a Florida corporation,<br><br>Defendants. | Case No. 5:18-cv-02604-JGB-SHK<br><br>**ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANT ORANGE COUNTY SHERIFF'S DEPARTMENT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Stipulation and Declaration of Adam C. Clanton filed concurrently herewith]<br><br>First Amended Complaint Filed:   February 28, 2019<br><br>Current Deadline for Answer/Response: June 17, 2019<br><br>New Deadline for Answer/Response: July 8, 2019<br><br>Assigned to: Judge Jesus G. Bernal |

-1-

ORDER

# ORDER

The Court, having considered the Stipulation between Plaintiffs and Defendant Orange County Sheriff's Department ("OCSD") to Extend Time for OCSD to Respond to Plaintiffs' First Amended Complaint, and the Declaration of Adam C. Clanton in support thereof, and good cause appearing therefore, hereby approves the joint stipulation and orders as follows:

1. Defendant OCSD shall have up to and including July 8, 2019 to respond to the First Amended Complaint; and
2. Should OCSD file a motion to dismiss (or other responsive motion) in lieu of an answer, all other deadlines shall remain unchanged; and
3. The current hearing date on any responsive motion(s) shall remain, and take place on September 30, 2019 at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: June 13, 2019

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE