# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO TORRES, DESMOND TENGHE, JASON NSINANO, on behalf of themselves and all others similarly situated, AMERICAN IMMIGRATION LAWYERS ASSOCIATION, IMMIGRANT DEFENDERS LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN, Secretary of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; RONALD D. VITIELLO, Acting Director, Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office of ICE; ORANGE COUNTY SHERIFF'S DEPARTMENT; GEO GROUP, INC., a Florida corporation,<br><br>Defendants. | Case No. 5:18-cv-02604-JGB-SHK<br><br>**ORDER GRANTING JOINT STIPULATION TO STRIKE CERTAIN PORTIONS OF THE GEO GROUP, INC.'S FIRST AMENDED ANSWER**<br><br>FAC filed: February 28, 2019<br>Amended Answer filed: March 30, 2020<br>Trial Date: March 2, 2021 |

**ORDER GRANTING JOINT STIPULATION TO STRIKE CERTAIN PORTIONS OF THE GEO GROUP, INC.'S FIRST AMENDED ANSWER**

Upon review of the parties' Joint Stipulation to Strike Certain Portions of The GEO Group, Inc.'s First Amended Answer, and finding good cause therefore, IT IS HEREBY ORDERED THAT The GEO Group, Inc.'s Second Affirmative Defense (Third Party Liability), Dkt. 131 at 25, Sixth Affirmative Defense (Waiver), Dkt. 131 at 26-27, Seventh Affirmative Defense (Estoppel), Dkt. 131 at 27, Eighth Affirmative Defense (Unclean Hands), *id.*, and Ninth Affirmative Defense (Consent), Dkt. 131 at 27-28, be stricken.

**IT IS SO ORDERED.**

Dated: May 6, 2020

The Hon. Jesus G. Bernal
United States District Judge

**ORDER GRANTING JOINT STIPULATION TO STRIKE CERTAIN PORTIONS OF THE GEO GROUP, INC.'S FIRST AMENDED ANSWER**