# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernesto Torres et al<br><br>v.<br><br>United States Department of Homeland Security et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>5:18-cv-02604 JGB(SHKx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 21-01.

_____          _____
Date                                                   United States District Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases neither arise from the same or closely related transactions, happenings, or events, nor do they call for determination of the same or substantially related or similar questions of law and fact. The 18-2604 matter relates neither to the same plaintiffs or the same US government program at issue in 82-1107.

April 26, 2022                                    _/s/_
Date                                                   United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:82-cv-01107 MEMF(VBKx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*